### STATE v. ARTHUR PITT.

(Filed 25 February, 1953.)

APPEAL by defendant from *Halstead, Special Judge,* September Term, 1952, of EDGECOMBE.

This is a criminal action commenced by two warrants in the Recorder's Court of Edgecombe County sworn to and subscribed 4 October, 1951, charging the defendant with operating a motor vehicle upon the public highways without a driver's license, and operating a motor vehicle upon

the public highways in a careless and reckless manner so as to endanger the lives and property of others, and leaving the scene of an accident without giving aid and reporting same to the proper authorities.

Upon the call of the case in Recorder's Court on 22 October, 1951, the defendant appeared and made a motion for a trial by jury. Thereupon, the case was transferred to the Superior Court of Edgecombe County as directed in such cases by Chapter 482 of the 1951 Session Laws of North Carolina. No bill of indictment was returned against the defendant by a grand jury in the Superior Court, but the defendant was tried by a jury upon the warrants issued in the Recorder's Court.

The jury returned a verdict of guilty as to both charges set out in the warrants. The defendant made a motion in arrest of judgment. The motion was denied and from the judgment imposed, the defendant appeals and assigns error.

*Attorney-General McMullan, Assistant Attorney-General Bruton, and Gerald F. White, Member of Staff, for the State.*
*Cameron S. Weeks and T. Chandler Muse for defendant, appellant.*

PER CURIAM. The identical questions raised on this appeal were raised and disposed of in the case of *S. v. Bailey, ante,* 273, on authority of *S. v. Thomas,* 236 N.C. 454, 73 S.E. 2d 283, and *S. v. Norman, ante,* 205.

For the reasons stated in the above opinions, the judgment herein is arrested and the cause remanded for disposition as the law provides.

Judgment arrested.